1  Gary M. Kaplan (State Bar No. 155530)
2  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480
   Email: gkaplan@fbm.com
5
   Attorneys for Defendants AARON HUGH BRAUN and
6  JOAN PAULINE DeHOVITZ aka JOAN DeHOVITZ BRAUN

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | In re:                                  | Case No.: 17-10080 DM

13 | AARON HUGH BRAUN,                        | Chapter 7

14 |                        Debtor.           |

15 | LINDA S. GREEN, Trustee in               | A.P. No. 17-3043 DM
   | Bankruptcy of the Estate of Aaron Hugh   |
16 | Braun,                                   | **JOINT DISCOVERY PLAN**

17 |                        Plaintiff,        |

18 |                        v.                |

19 | AARON HUGH BRAUN, an individual;         |
   | JOAN PAULINE DeHOVITZ aka JOAN           |
20 | DeHOVITZ BRAUN, individually and as      |
   | Trustee of the Sara Braun Trust, Trustee of |
21 | the Rachel Braun Trust, Trustee of the   |
   | Nathan Braun Trust, and Trustee of the   |
22 | Benjamin Braun Trust,                    |

23 |                        Defendants.       |

24

25       Plaintiff Linda S. Green, Trustee in Bankruptcy of the Estate of Aaron Hugh Braun

26 ("Plaintiff" or the "Trustee"), and defendants Aaron Hugh Braun and Joan Pauline DeHovitz aka

27 Joan DeHovitz Braun ("Defendants"), by and through their respective counsel of record, hereby

28 stipulate to the following Discovery Plan pursuant to the provisions of Rule 26(f) of the Federal

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 95.  400

JOINT DISCOVERY PLAN

Rules of Civil Procedure ("Fed. R. Civ. P."), made applicable in the above-captioned adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure.

    1.    Except as specifically set forth herein, or as may be separately agreed to by the parties or ordered by the Court, discovery in this action shall be governed by the provisions of Fed. R. Civ. P. 26 through 37 and applicable local rules.

    2.    The parties expect to reach agreement on the discovery of electronically stored information.


Dated:  September 22, 2017        FARELLA BRAUN + MARTEL LLP


By: _____ /s/ Gary M. Kaplan _____
            Gary M. Kaplan

Attorneys for Defendants
AARON HUGH BRAUN and JOAN PAULINE
DeHOVITZ aka JOAN DeHOVITZ BRAUN


Dated:  October 10, 2017        MACCONAGHY & BARNIER, PLC


By: _____ /s/ John H. MacConaghy _____
            John H. MacConaghy

Attorneys for Plaintiff
LINDA S. GREEN, TRUSTEE IN BANKRUPTCY

34706\6218658.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

Case: 17-03043   Doc# 64   Filed: 10/10/17   Entered: 10/10/17 17.37.31   Page 2 of 2

JOINT DISCOVERY PLAN    - 1 -