| | |
|---|---|
| MacCONAGHY & BARNIER, PLC | |
| JOHN H. MacCONAGHY, State Bar No. 83684 | |
| JEAN BARNIER, State Bar No. 231683 | |
| 645 First St. West | |
| Sonoma, California 95476 | |
| Telephone: (707) 935-3205 | |
| Facsimile: (707) 935-7051 | |
| Email: macclaw@macbarlaw.com | |

Attorneys for Plaintiff
LINDA S. GREEN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AARON HUGH BRAUN,

           Debtor.

_____

LINDA S. GREEN, Trustee
in Bankruptcy of the Estate of
Aaron Hugh Braun,

           Plaintiff,

   v.

AARON HUGH BRAUN, an individual;
JOAN PAULINE DeHOVITZ aka JOAN
DeHOVITZ BRAUN, individually and
as Trustee of the Sara Braun Trust, Trustee
of the Rachel Braun Trust, Trustee of the
Nathan Braun Trust, and Trustee of the
Benjamin Braun Trust, and as the Custodian
for Sara Braun, Rachel Braun, Nathan
Braun, and Benjamin Braun as to certain
financial accounts maintained under the
Uniform Custodial Trust Act and Uniform
Transfers to Minor Act;

           Defendants.

_____

Case No. 17-10080 DM
(Chapter 7)

AP No. 17-3043 DM

**ERRATA TO
PLAINTIFF'S STATUS
CONFERENCE STATEMENT**

Hearing Date: 10/27/2017
Time: 1:30 p.m.
Courtroom 17 – Hon. Dennis Montali

In Plaintiff's Status Conference Statement filed October 20, 2017, Plaintiff's counsel made the statement that Defendants had not yet served their Rule 26 Disclosures. This was a mistake. Defendants served Rule 26 Disclosures by email on September 21. Plaintiff's counsel apologizes to the Court, Defendants and Defendants' counsel for the oversight.

Dated: October 23, 2017
Respectfully Submitted,
MACCONAGHY & BARNIER, PLC

 /s/   John H. MacConaghy
John H. MacConaghy
Attorneys for Plaintiff,
*Linda S. Green, Trustee In Bankruptcy*